Jennifer E. Hoekel (NV Bar No. 12775)
jennifer.hoekel@huschblackwell.com
HUSCH BLACKWELL LLP
8001 Forsyth Boulevard
St. Louis, MO 63105
314-480-1500 Telephone

*Counsel for Defendant U-Haul International, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PATENT ARMORY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> U−HAUL INTERNATIONAL, INC., <br><br> *Defendant*. | Case No.: 2:23−cv−01921−CDS−DJA <br><br> **JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** <br><br> (FOURTH REQUEST) |

      Plaintiff Patent Armory Inc. ("Patent Armory" or "Plaintiff") and Defendant U-Haul International, Inc. ("U-Haul" or "Defendant"), hereby stipulate and agree, subject to the approval of the Court, to an extension of time of an additional twenty-eight (28) days, up to and including February 1, 2024, for Defendant to answer, move or otherwise respond to the complaint in this action, and in support, state as follows:

      1.    Plaintiff originally filed its Complaint on August 12, 2023 (ECF No. 1) in the United States District Court for the Western District of Texas.

      2.    This case was transferred from the United States District Court for the Western District of Texas on November 20, 2023. (ECF No. 11).

      3.    On November 22, 2023, the parties filed an Unopposed Motion for Extension of Time for Defendant to Respond to Complaint (ECF No. 15), which was granted on November 27, 2023 (ECF No. 16).

1   4.   The parties now stipulate to an additional twenty-eight (28) days, up to and including February 1, 2024 for Defendant to answer, move or otherwise respond to the complaint in this action.

5.   The parties are continuing to engage in settlement negotiations, and believe that further extension of the answer deadline will increase the chances of an efficient resolution of this dispute.

6.   The requested extension should not disrupt the schedule in this case or prejudice any party.

WHEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, to an extension of time of an additional twenty-eight (28) days, up to and including February 1, 2024, for Defendant to answer, move, or otherwise respond to the complaint in this action and for such other and further relief as the Court deems just and proper in the premises.

WHEREFORE, the parties further stipulate and agree that the granting of this stipulation shall not be considered a waiver of any rights or remedies belonging to either party.

IT IS SO ORDERED

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 1/4/2024
Correction below.

Date: January 3, 2024

Respectfully submitted,

By: */s/ Isaac Rabicoff (with permission)*
Isaac Rabicoff
Rabicoff Law LLC
600 Mamaroneck Ave., Suite 400
Harrison, NY 10528
773-669-4590
isaac@rabilaw.com

*Attorneys for Plaintiff
Patent Armory, Inc.*

Respectfully submitted,

By: */s/ Jennifer E. Hoekel*
Jennifer E. Hoekel (NV Bar No. 12775)
jennifer.hoekel@huschblackwell.com
HUSCH BLACKWELL LLP
8001 Forsyth Boulevard
St. Louis, MO 63105
314-480-1500 Telephone

*Counsel for Defendant U-Haul International, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this Third day of January, 2024, I caused the foregoing to be filed electronically with the Clerk of Court and to be served via the Court's Electronic Filing System upon all counsel of record.

*/s/ Jennifer E. Hoekel*

HB: 4869-9046-0270