Jennifer E. Hoekel (NV Bar No. 12775)
jennifer.hoekel@huschblackwell.com
HUSCH BLACKWELL LLP
8001 Forsyth Boulevard
St. Louis, MO 63105
314-480-1500 Telephone

*Counsel for Defendant U-Haul International, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PATENT ARMORY INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>U−HAUL INTERNATIONAL, INC.,<br><br>*Defendant.* | Case No.: 2:23−cv−01921−CDS−DJA<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>(FIFTH REQUEST)<br><br><span style="color:red">**As amended on page 2**</span> |

Plaintiff Patent Armory Inc. ("Patent Armory" or "Plaintiff") and Defendant U-Haul International, Inc. ("U-Haul" or "Defendant"), hereby stipulate and agree, subject to the approval of the Court, to an extension of time of an additional thirty (30) days, up to and including March 2, 2024, for Defendant to answer, move or otherwise respond to the complaint in this action, and in support, state as follows:

1.      Plaintiff originally filed its Complaint on August 12, 2023 (ECF No. 1) in the United States District Court for the Western District of Texas.

2.      This case was transferred from the United States District Court for the Western District of Texas on November 20, 2023. (ECF No. 11).

3.      On November 22, 2023, the parties filed an Unopposed Motion for Extension of Time for Defendant to Respond to Complaint (ECF No. 15), which was granted on November 27, 2023 (ECF No. 16).

4.      On January 3, 2023, the parties filed a Joint Stipulation for Extension of Time for Defendant to Respond to Complaint (ECF No. 21), which was granted on January 4, 2024 (ECF No. 22).

5.      The parties now stipulate to an additional thirty (30) days, up to and including March 2, 2024, for Defendant to answer, move or otherwise respond to the complaint in this action.

6.      The parties are continuing to engage in settlement negotiations and have exchanged settlement proposals and counterproposals. Accordingly, the parties jointly believe that further extension of the answer deadline will increase the chances of a prompt and efficient resolution of this dispute that minimizes expenditure of judicial resources.

7.      The requested extension should not disrupt the schedule in this case or prejudice any party.

WHEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, to an extension of time of an additional thirty (30) days, up to and including March 2, 2024, for Defendant to answer, move, or otherwise respond to the complaint in this action and for such other and further relief as the Court deems just and proper in the premises.

WHEREFORE, the parties further stipulate and agree that the granting of this stipulation shall not be considered a waiver of any rights or remedies belonging to either party.

IT IS THEREFORE ORDERED that the parties' stipulation (ECF No. 24) is GRANTED. **The Court informs the parties that it will not grant any further extension requests absent extreme circumstances.**

IT IS SO ORDERED

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: February 1, 2024

1

Date: January 31, 2024

2

Respectfully submitted,                           Respectfully submitted,

3

By: */s/ Isaac Rabicoff (with permission)*        By: */s/ Jennifer E. Hoekel*
Isaac Rabicoff                                    Jennifer E. Hoekel (NV Bar No. 12775)

4

Rabicoff Law LLC                                  jennifer.hoekel@huschblackwell.com
600 Mamaroneck Ave., Suite 400                    HUSCH BLACKWELL LLP

5

Harrison, NY 10528                                8001 Forsyth Boulevard
773-669-4590                                      St. Louis, MO 63105

6

isaac@rabilaw.com                                 314-480-1500 Telephone

7

*Attorneys for Plaintiff*                         *Counsel for Defendant U-Haul International,*
*Patent Armory, Inc.*                             *Inc.*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**<u>CERTIFICATE OF SERVICE</u>**

2

I hereby certify that today, January31, 2024, I caused the foregoing to be filed

3

electronically with the Clerk of Court and to be served via the Court's Electronic Filing System

4

upon all counsel of record.

5

6

*/s/ Jennifer E. Hoekel*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

4875-4359-3121