UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Patent Armory Inc.,

    Plaintiff

v.

U-Haul International, Inc.,

    Defendant

Case No. 2:23-cv-01921-CDS-DJA

Order

    On November 20, 2023, United States District Judge Alan D. Albright granted the parties joint motion to transfer this action from the Western District of Texas to the District of Nevada, where defendant U-Haul International, Inc. is headquartered. ECF No. 11. Since that time, the mail from the court to attorney Issac Rabicoff has been returned as undeliverable. *See* ECF Nos. 17, 23, 26. Rabicoff submitted an appearance of counsel on behalf of plaintiff Patent Armory Inc. (ECF No. 2) and is the signed attorney on the complaint (ECF No. 1 at 12). It appears Rabicoff no longer intends to participate in the proceedings in Nevada since Bayramoglu Law Offices LLC entered appearances on behalf of plaintiff. ECF Nos. 18, 19.

    Patent Armory is therefore ordered to file a notice indicating whether Rabicoff may be removed from the list of its associated counsel, or Rabicoff must apply to appear and participate in the case pro hac vice, by March 28, 2024.

    Dated: March 13, 2024

    _____
    Cristina D. Silva
    United States District Judge